Timothy A. La Sota (Arizona SBN 020539)
**TIMOTHY A. LA SOTA, PLC**
2198 East Camelback Road, Suite 305
Phoenix, Arizona 85016
Telephone: (602) 515-2649
Email: tim@timlasota.com
*Attorney for Plaintiff Tempe Tavern 1810, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tempe Tavern 1810, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> City of Tempe, a municipal corporation, Kenneth McCoy, in his individual capacity, Eric Hernandez, in his individual capacity, Luis Samudio, in his individual capacity, Ben Henry, in his individual capacity, Filbert Barrera, in his individual capacity, and Does 1-50, in their individual capacities, <br><br> Defendants. | Case No. 2:26-cv-01272-SMB <br><br> **Notice of Service of Defendant Filbert Barrera** <br><br> (assigned to the Honorable Susan M. Brnovich) |

Plaintiff Tempe Tavern 1810, LLC hereby gives notice that service of process of the Complaint has been accomplished on Defendant Filbert Barrera, who was added to this lawsuit in the First Amended Complaint.  The affidavit of service is attached.

1

**RESPECTFULLY SUBMITTED** this 29th day of April, 2026.

**TIMOTHY A. LA SOTA, PLC**

By:    /s/ Timothy A. La Sota
TIMOTHY A. LA SOTA
2198 E. CAMELBACK RD., # 305
PHOENIX, ARIZONA 85016
***Attorney for Plaintiff Tempe Tavern 1810, LLC***