**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tempe Tavern 1810 LLC, | No. CV-26-01272-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tempe, et al., | |
| Defendants. | |

The Court having considered the Parties' Third Stipulation for Extension of Time to Respond to Complaint (Doc. 32) and good cause appearing,

**IT IS ORDERED** that the State Defendants shall file an Answer to Plaintiff's Second Amended Complaint no later than **July 3, 2026**.

Dated this 21st day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge