City Attorney's Office
21 East Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tempe Tavern 1810 LLC, an Arizona limited liability company,<br><br>Plaintiff,<br>v.<br><br>City of Tempe, a municipal corporation; Kenneth McCoy, in his individual capacity; Eric Hernandez, in his individual capacity; Luis Samudio, in his individual capacity; Ben Henry, in his individual capacity; Filbert Barrera, in his individual capacity; Juan Robles, in his individual capacity; and Does 1-50, in their individual capacities,<br><br>Defendants. | Case No. 2:26-cv-01272-PHX-SMB<br><br>**Order granting Stay** |

Having considered Defendants' Joint Motion to Stay on *Younger* Abstention Grounds, and good cause appearing,

**IT IS ORDERED** granting Defendants' Joint Motion.

**IT IS FURTHER ORDERED** that this action is STAYED pending final resolution of the following proceedings:

1. The criminal proceedings against Tempe Tavern 1810, LLC in Tempe Municipal Court, Case No. 26-028419-3, including the charges for violation of the security

plan under Tempe City Code § 26-70(L)(2) and criminal nuisance under A.R.S. § 13-2908(A)(1); and

2. The administrative disciplinary proceeding against Tempe Tavern 1810, LLC before the Arizona Office of Administrative Hearings, Docket No. 26A-000036-LIQ.

**IT IS FURTHER ORDERED** that all existing deadlines in this action, including discovery and other pretrial deadlines, are STAYED pending further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report every ninety (90) days from the date of this Order advising the Court of the status of the state proceedings and whether the stay should remain in effect. The parties shall also notify the Court within fourteen (14) days after final resolution of both state proceedings and propose appropriate deadlines for further proceedings in this action.

Dated this _____ day of ____________, 2026.

______________________________
Honorable Susan M. Brnovich
United States District Judge